UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - - - - - -- - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| AVAYA INC., | : |
| Plaintiff, | : Case No. 2:19-mc-50986 |
| v. | : Hon. |
| RAYMOND BRADLEY PEARCE, et al., | : Underlying Case: |
| Defendants. | : Case No. 3:19-cv-00565-SI |
| and | : Northern District of California |
| METROLINE, INC., nonparty recipient of subpoena issued by Plaintiff Avaya, Inc. | : |

- - - - - - - - - - - - - - - - - -- - - - - - - - - - - - - - - - - - -

### CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2019, I served copies of Nonparty Metroline, Inc.'s Motion to Quash Subpoena along with this Certificate of Service via USPS Certified Mail, return receipt requested, upon the following:

Lyndsey C. Heaton
Sideman & Bancroft LLP
One Embarcadero Center, 22nd Floor
San Francisco, CA 94111-3711

**KERR, RUSSELL AND WEBER, PLC**

By: _s/ Michael A. Sneyd_
    Michael A. Sneyd (P52073)
Attorneys for Plaintiff
500 Woodward Ave., Ste. 2500
Detroit, MI  48226
(313)961-0200 - telephone
(313)961-0388 - fax
msneyd@kerr-russell.com

Dated:  July 10, 2019

{34812/1/D1384699.DOC;1}